IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| 1. | LORETTA REYNOLDS, | ) |
| | | ) |
| | Plaintiff, | ) |
| | | ) |
| v. | | ) Case No. 07-cv-00754-JPG-CJP |
| | | ) |
| 1. | CB SPORTS BAR INC., | ) |
| | an Illinois corporation, and | ) |
| | | ) |
| 2. | Brenda L. Russell, and | ) |
| | | ) |
| 3. | Casey J. Carson, | ) |
| | | ) |
| | Defendants. | ) |

## MOTION TO AMEND THE COMPLAINT

COMES NOW the Plaintiff Loretta Reynolds by and through her attorneys and for her motion to amend her complaint pursuant to applicable FRCP, local rules, or Order of the Court would show the Court as follows:

1. That Plaintiff filed her Complaint on or about October 25, 2007.

2. That the Complaint failed to state completely the citizenship of the Defendant's Brenda L. Russell and Casey Carson.

3. That Plaintiff has attached a copy of the Amended Complaint to this Motion.

4. That no scheduling order has been entered into and therefore the granting of this Motion would not interfere with any scheduling order.

WHEREFORE the Plaintiff request the Court grant her motion to amend her complaint and any further relief this Court deems just and proper.

Respectfully submitted,

s/Thomas J. Steece
Thomas J. Steece, OBA # 11531
Pro Hac Vice
Oklahoma Legal Services, PLLC
6303 N. Portland Ave., Ste. 300
Oklahoma City, OK 73112
Telephone (405) 943-8300
Facsimile (405) 942-2661
Email OLS@coxinet.net

George W. Tinkham, IBA No. 2836149
George W. Tinkham and Associates
1119 S. 6th Street
Springfield, IL 62073
Telephone: (217) 523-8300
Email coolbreeze@att.net

Attorneys for Plaintiff