UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LORETTA REYNOLDS,

    Plaintiff,

v.

CB SPORTS BAR, INC., BRENDA L.
RUSSELL and CASEY CARSON,

    Defendants.

Case No. 07-cv-754-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of plaintiff Loretta Reynolds for leave to amend her complaint (Doc. 9). Reynolds seeks leave of court where none is required. A plaintiff may amend his complaint once as a matter of course at any time before a responsive pleading is served. Fed. R. Civ. P. 15(a). The defendant has not filed an answer in this case, and neither a motion to dismiss nor a summary judgment motion is a responsive pleading. *Camp v. Gregory*, 67 F.3d 1286, 1289 (7th Cir. 1995), *cert. denied*, 517 U.S. 1244 (1996) (motion to dismiss); *Ross v. Franzen*, 777 F.2d 1216, 1222 (7th Cir. 1985) (motions to dismiss and for summary judgment). Thus, Reynolds does not need leave of court to file an amended complaint.

In addition, in its October 26, 2007, order directing Reynolds to amend her complaint, the Court specifically instructed Reynolds that she "need not seek leave of Court to file such amended pleading."

For these reasons, the Court hereby **DENIES as moot** Reynolds's motion for leave to amend her complaint (Doc. 9).

**IT IS SO ORDERED.**
**DATED: November 16, 2007**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**