UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LORETTA REYNOLDS,<br><br>      Plaintiff,<br><br>      v.<br><br>CB SPORTS BAR, INC., BRENDA L. RUSSELL and CASEY CARSON,<br><br>      Defendants. | Case No. 07-cv-754-JPG |

**MEMORANDUM AND ORDER**

This matter comes before the Court after review of the amended complaint (Doc. 12), which attempts to correct a jurisdictional defect in the original complaint. In the amended complaint, the plaintiff has alleged that the citizenship of each individual defendant, both of whom are incarcerated, is the state of his or her incarceration. This is incorrect as a matter of law. The citizenship of an incarcerated person "should be the state of which he was a citizen before he was sent to prison unless he plans to live elsewhere when he gets out, in which event it should be that state." *Singletary v. Continental Ill. Nat'l Bank & Trust Co. of Chicago*, 9 F.3d 1236, 1238 (7th Cir. 1993). The Court further notes that the relevant time of the citizenship determination for diversity jurisdiction purposes is as of the commencement of the action, that is, the date the complaint was filed. *See Trans States Airlines v. Pratt & Whitney Canada, Inc.*, 130 F.3d 290, 292-93 (7th Cir. 1997).

Because the Court believes that the defects in the jurisdictional pleading can be easily remedied, the Court believes justice requires allowing the plaintiff a further opportunity to amend her complaint. *See* Fed. R. Civ. P. 15(a). Accordingly, the Court **ORDERS** that the plaintiff shall have up to and including December 14, 2007, to amend the faulty pleading to

correct the jurisdictional defect.  Failure to amend the faulty pleading may result in dismissal of this case for lack of subject matter jurisdiction or for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  Amendment of the faulty pleading to reflect an adequate basis for subject matter jurisdiction will satisfy this order.  The plaintiff is directed to consult Local Rule 15.1 regarding amended pleadings and need not seek leave of Court to file such amended pleading.

**IT IS SO ORDERED.**
**DATED:  November 26, 2007**

                                           s/ J. Phil Gilbert
                                           **J. PHIL GILBERT**
                                           **DISTRICT JUDGE**