IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

LORETTA REYNOLDS,                    )
                                     )
          Plaintiff,                 )
                                     )
vs.                                  )   No.   07-754 JPG/CJP
                                     )
CB SPORTS BAR, INC., an Illinois     )
corporation, BRENDA L. RUSSELL, and  )
CASEY J. CARSON,                     )
                                     )
          Defendants.                )

## AFFIDAVIT OF CHRISTIAN BIANCUR

I, Christian Biancur, the undersigned affiant, being first duly sworn upon my oath, do

hereby depose and say as follows:

1.      My name is Christian Biancur, and I am over eighteen (18) years of age and

competent to testify in this proceeding.

2.      I have personal knowledge of all facts set forth in this affidavit.

3.      I am, and at all relevant times have been, the president of C.B. Sports Bar, Inc.

4.      C.B. Sports Bar, Inc. owns and operates Jerzey's Sports Bar, which is located at

950 Talon Drive, O'Fallon, Illinois.

5.      I am a co-manager of Jerzey's Sports Bar, and I am normally present at 950 Talon

Drive, O'Fallon, Illinois, five days a week, and a total of 30 to 60 hours per week.

6.      To the best of my recollection, I was present at Jerzey's as frequently as outlined

in Paragraph 5 throughout January and February 2008.

7.      Jerzey's is open to the public daily from 4 p.m. to 2 a.m., and, barring holidays,

was open during those times throughout January and February 2008.



EXHIBIT

tabbies®

A

8.    One of the managers of Jerzey's typically is present at the bar during operating hours, and a manager was present at the bar at some point on each night the bar was open during January and February 2008.

9.    I did not reside at 106 Autumn Pine #6, Fairview Heights, Illinois, at any point during 2008.

10.    I did not make any attempts whatsoever to avoid being served with process in this case.

FURTHER, AFFIANT SAYETH NAUGHT.


CHRISTIAN BIANCUR, AFFIANT


SUBSCRIBED AND SWORN TO, before me, a Notary Public, on this _27th_ day of June, 2008.


NOTARY   PUBLIC

My Commission Expires: _8-5-08_


"OFFICIAL SEAL"
Ana M. Tame
Notary Public, State of Illinois
My Commission Exp. 08/05/2008

2