IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# NOTICE OF ERRORS AND/OR DEFICIENCIES
# IN ELECTRONICALLY FILED DOCUMENTS

| DATE: 11/20/08 | CASE NAME: Reynolds v. CB Sports Bar, Inc., et al |
|---|---|
| CASE NO. : 07-754-JPG/CJP | |
| DOCUMENT NO.: 34 | DOCUMENT TITLE: Notice of Appeal |

One of the following errors/deficiencies has been identified in the document listed above:

☐ Document entered in wrong case
☐ Document linked incorrectly
☐ Incorrect document type selected (PDF and event do not match)
☒ Certificate of Service is missing
☐ Other:

## ACTION TAKEN BY CLERK'S OFFICE

☐ Docket entry "STRICKEN" as ordered by the Court
☐ Docket entry corrected
☒ Other: Notice of Errors only

## ACTION REQUIRED BY FILER

☐ Document must be re-filed
☐ Amended document must be filed and re-noticed, if applicable
☐ No further action required by the filer
☒ Other: In the future, all documents must contain a Certificate of Service or the document may be strickenh.

Norbert G. Jaworski
Clerk of Court

By: s/Deborah Agans