IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LORETTA REYNOLDS, | ) |
|     Plaintiff, | ) |
| vs. | ) No. 07-cv-754 JPG-CJP |
| CB SPORTS BAR, INC., an Illinois corporation, BRENDA L. RUSSELL, and CASEY J. CARSON, | ) |
|     Defendants. | ) |

## ORDER

This matter comes before the Court on plaintiff Loretta Reynolds' motion for default judgment against defendants Brenda L. Russell and Casey J. Carson (Doc. 51). The Court **ORDERS** an evidentiary hearing to determine damages pursuant to Federal Rule of Civil Procedure 55(b)(2)(B) to be held on October 8, 2009, at 1:30 p.m. in Benton, Illinois. The Court **VACATES** the final pretrial conference currently scheduled for September 10, 2009, and the trial currently scheduled for September 21, 2009. The Court further **DISCHARGES** its August 26, 2009, order to show cause in light of Reynolds's motion for default judgment..

**IT IS SO ORDERED.**
**DATED: September 9, 2009**

                                                  s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**