IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LORETTA REYNOLDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.   07-cv-754 JPG-CJP |
| | ) |
| CB SPORTS BAR, INC., an Illinois | ) |
| corporation, BRENDA L. RUSSELL, and | ) |
| CASEY J. CARSON, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Loretta Reynolds' motion for default judgment against defendants Brenda L. Russell and Casey J. Carson (Doc. 51). The Court held a hearing on the motion on October 8, 2009, at which the plaintiff moved for dismissal of defendant Brenda L. Russell without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court granted the motion and dismissed Russell without prejudice. Therefore, Reynolds' motion for default judgment (Doc. 51) is **MOOT** to the extent it requests judgment against Russell.

At the hearing, Reynolds also presented evidence regarding her motion for default judgment against Carson. She testified regarding the circumstances of her injuries, her past medical treatment, the treatment that she will need in the future, and her pain and suffering. Despite Reynolds' admitted impairment from her intoxication at the time of her injuries, her admitted memory loss that resulted from those injuries and her self-interest, the Court finds Reynolds was credible as to the matters about which she testified based on her intelligence, her manner of testifying and the reasonableness of her testimony in light of the evidence in the case. It does not agree, however, with her assessment of the value of her pain and suffering. The

Court finds that Reynolds suffered damage caused by Carson's negligence in the amount of $1,500,000, including past and future medical expenses and pain and suffering.  She has not demonstrated that punitive damages are warranted.  Accordingly, the Court **GRANTS** the motion for default judgment (Doc. 51) to the extent it requests judgment against Carson and **DIRECTS** the Clerk of Court to enter judgment in favor of Reynolds and against Carson in the amount of $1,500,000.

**IT IS SO ORDERED.**
**DATED:  October 15, 2009**

                s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**