IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LORETTA REYNOLDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.   07-cv-754 JPG/CJP |
| | ) |
| CB SPORTS BAR, INC., an Illinois corporation, BRENDA L. RUSSELL, and CASEY J. CARSON, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Loretta Reynolds' claims in this case against defendant CB Sports Bar, Inc. are dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Loretta Reynolds' claims in this case against defendant Brenda L. Russell are dismissed without prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Loretta Reynolds and against defendant Casey J. Carson in the amount of one million, five hundred thousand dollars ($1,500,000.00).

**DATED:  October 15, 2009**          NANCY J. ROSENSTENGEL, Clerk of Court

                                                                  By:s/Deborah Agans, Deputy Clerk

**Approved:**     s/ J. Phil Gilbert
                         **J. PHIL GILBERT**
                         **DISTRICT JUDGE**