IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LORETTA REYNOLDS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   No.   07-754 JPG/CJP |
| | ) |
| CB SPORTS BAR, INC., an Illinois | ) |
| corporation, BRENDA L. RUSSELL, and | ) |
| CASEY J. CARSON, | ) |
| | ) |
|     Defendants. | ) |

## DEFENDANT/APPELLEE'S MOTION FOR ADDITIONS TO RECORD ON APPEAL OF ITEMS EXCLUDED UNDER CIRCUIT COURT RULE 10(a)

COMES NOW Defendant/Appellee, C.B. Sports Bar, Inc., and, pursuant to Seventh Circuit Court Rule 10(a), respectfully requests that the following items be included with the Record on Appeal submitted to the Court of Appeals:

- Summons issued to C.B. Sports Bar, Inc., filed January 2, 2008 (Doc No. 17)

- Summons issued to C.B. Sports Bar, Inc., filed February 14, 2008 (Doc No. 19)

- Summons Returned Executed, filed June 10, 2008 (Doc No. 22)

- Defendant's Memorandum of Law in Support of its Motion to Dismiss, filed June 30, 2008 (Doc No. 24)

- Plaintiff's Objection and Response in Opposition to Defendant's Motion to Dismiss and Brief in Support, filed July 23, 2008 (Doc No. 26)

- Defendant's Reply to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss, filed July 31, 2008 (Doc No. 27)

/s/ John P. Cunningham
John P. Cunningham    #6193598
BROWN & JAMES, P.C.
Attorneys for Defendant CB Sports Bar, Inc.
Richland Plaza I
525 West Main, Suite 200
Belleville, Illinois 62220-1502
618/235-5590; 618/235-5591 (Fax)

## AFFIDAVIT OF SERVICE

I, the undersigned, on the 18th day of November, 2009, electronically filed this document with the United States District Court, Southern District of Illinois which will send electronic notification to each of the following:

| | |
|---|---|
| Mr. Thomas J. Steece | Mr. George W. Tinkham |
| Oklahoma Legal Services, PLLC | George W. Tinkham and Associates |
| 6303 N. Portland Ave., Suite 300 | 1119 S. 6th Street |
| Oklahoma City, OK 73112 | Springfield, IL 62073 |
| OLS@COXINET.NET | coolbreeze@att.net |
| **Counsel for Plaintiff** | **Co-Counsel for Plaintiff** |

A copy of this document is available for viewing and downloading from the ECF system.

Under penalties of perjury as provided by law, I certify that the statements in this affidavit are true.

/s/ John P. Cunningham

8515706