Case 3:07-cv-00754-JPG-CJP Document 64 Filed 11/19/09 Page 1 of 1
Case 3:07-cv-00754-JPG-CJP Document 59 Filed 11/10/2009 Page 1 of 7

ct of appeals

# SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET

**PART I** - Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 10 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) "Satisfactory arrangements with the court reporter for payment of the cost of the transcripts" must be made at that time (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

| Short Title | District | D.C. Docket No. |
|---|---|---|
| REYNOLDS V. CB SPORTS ET. AL. | ILLINOIS SO. DISTRICT | 07-cv-754 JPG-CJP |
| | District Judge J. PHIL GILBERT | Court Reporter JANE McCORKLE |

☒ I am ordering transcript.
☐ I am not ordering transcript, because:
☐ The transcript has been prepared.

Sign below and return original and one copy to court reporter. Distribute remaining copies to Clerk of the District Court and opposing party, retaining one copy for yourself.

Indicate proceedings for which transcript is required. Dates must be provided:

Date(s)

☒ Pre-trial proceedings. *Specify:* _____

☐ Voir Dire
Trial or hearing. *Specify:* _____

☐ Opening statement

☐ Instruction conference

☐ Closing statements

☐ Court instructions

☐ Post-trial proceedings. *Specify:* _____

☐ Sentencing

☒ Other proceedings. *Specify:* EVIDENTIARY HEARING        10/08/09

FILED
NOV 19 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| Method of Payment: | ☐ Cash | ☒ Check or Money Order | ☐ C.J.A. Voucher |
|---|---|---|---|
| Status of Payment: | ☐ Full Payment | ☐ Partial Payment | ☒ No Payment Yet |

Signature: _[signature]_    Telephone No. 405 943-8300
Address: 6303 N. PORTLAND AVE # 300
OKC, OK 73112    Date: 05-10-09

**Part II** – Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment* have been made.

| USCA. Docket No. 3974 08-03287 | Date Order Received 11/12/09 | Estimated Completion Date 12/12/09 | Estimated Length 180 pg |
|---|---|---|---|

Signature of Court Reporter   _Jane McCorkle_    Date 11/18/09

**NOTICE:** The Judicial conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

Copies to: USCA - Clerk, District Court - Clerk, Party/Counsel Ordering Transcript