UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LORETTA REYNOLDS, <br><br> Plaintiff, <br><br> v. <br><br> CB SPORTS BAR, INC., <br><br> Defendant. | Case No. 07-cv-754-JPG-SCW |
| LORETTA REYNOLDS, <br><br> Plaintiff, <br><br> v. <br><br> BRENDA L. RUSSELL, <br><br> Defendant. | Case No. 10-cv-736-JPG-SCW |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the Court's orders to show cause in the aforecaptioned cases (No. 07-cv-754-JPG-SCW, Doc. 74; No. 10-cv-736-JPG-PMF, Doc. 12) and on plaintiff Loretta Reynolds' motions to consolidate the cases (No. 07-cv-754-JPG-SCW, Doc. 77; No. 10-cv-736-JPG-PMF, Doc. 15).

Reynolds originally filed a suit against defendants CB Sports Bar, Inc., Brenda L. Russell and Casey Carson (No. 07-cv-754-JPG-SCW).  In 2009, the Court dismissed the claims against CB Sports Bar, Inc. with prejudice and against Russell without prejudice. Reynolds refiled her claims against Russell in a new suit (No. 10-cv-736-JPG-PMF).  The Court of Appeals then vacated the dismissal of Reynolds' claims against CB Sports Bar, Inc. and remanded the case for further proceedings.  As a result, the aforecaptioned cases, both of which involve the same relevant events, are both now pending in this Court.  In December 2010, the Court ordered the

parties to show cause why the cases should not be consolidated.  Neither party responded directly to the orders to show cause, but Reynolds filed a motion to consolidate in each case.  The defendants have not responded to either motion.

Rule 42(a) allows the Court discretion to consolidate cases that involve a common question of law or fact.  It is an abuse of discretion, however, to consolidate cases that, even though they involve claims of the same nature, involve "different allegations and time frames." *See King v. General Elec. Co.*, 960 F.2d 617, 626 (7th Cir. 1992) (age discrimination cases).  Clearly, the aforecaptioned cases involve the same set of facts and would be most efficiently tried together without prejudicing any party.  Accordingly, the Court **GRANTS** the motions to consolidate (No. 07-cv-754-JPG-SCW, Doc. 77; No. 10-cv-736-JPG-PMF, Doc. 15) and **CONSOLIDATES** those cases, which will both be handled by Magistrate Judge Williams from this point forward.  The Court further **ORDERS** that all future filings bear the consolidated caption set forth above and be filed only in the lead case, *Reynolds v. CB Sports Bar, Inc.*, No. 07-cv-754-JPG-SCW.

**IT IS SO ORDERED.**
**DATED: January 26, 2011**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**